FILED

MAR 2 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR 951-JAH |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| ABRAHAM RAFAEL OCHOA-PRECIADO, | |
| Defendant. | |

The United States Attorney charges:

On or about March 1, 2008, within the Southern District of California, defendant ABRAHAM RAFAEL OCHOA-PRECIADO, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 64.10 kilograms (141.02 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: March 27, 2008 .

KAREN P. HEWITT
United States Attorney

for DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:Imperial
3/27/08