**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the sentencing memorandum filed on July 14, 2008, is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy to Chambers

    Copy to Assistant U.S. Attorney via ECF

    Copy to United States Probation Office

    Copy to Defendant

Dated: July 14, 2008
          /s/ DAVID M. PETERSON
          Federal Defenders of San Diego, Inc.
          225 Broadway, Suite 900
          San Diego, CA  92101-5030
          (619) 234-8467  (tel)
          (619) 687-2666  (fax)
          David_Peterson@fd.org (email)

08CR-0146-BEN